NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1570


JASON S. CRAIG,

Plaintiff-Appellant,

v.


FOLDFAST, INC. and HSN, L.P.,

Defendants-Appellees.


Stanley B. Kita, Howson & Howson LLP, of Fort Washington, Philadelphia, argued for plaintiff-appellant.

Martin B. Woods, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., of Fort Lauderdale, Florida, argued for defendants-appellees.  With him on the brief was Mark D. Bowen.

Appealed from:  United States District Court for the Southern District of Florida

Judge K. Michael Moore

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1570

JASON S. CRAIG,

Plaintiff-Appellant,

v.

FOLDFAST, INC. and HSN, L.P.,

Defendants-Appellees.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In CASE NO(S).     06-CV-61009.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, GAJARSA and MOORE, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: _March 4, 2008____         / s /   *Jan Horbaly*_____

Jan Horbaly, Clerk